```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT HODOR,                    )
                                 )   Civil Action
            Plaintiff            )   No. 11-cv-04657
                                 )
     v.                          )
                                 )
ST. LUKE'S HOSPITAL &            )
HEALTH NETWORK,                  )
                                 )
            Defendant            )
```

O R D E R

NOW, this 28th day of September, 2012, upon consideration of the following motions and documents:

(1) Motion of Defendant to Dismiss Counts III, V, and VII of the Complaint, and to Dismiss or Strike Plaintiff's Claim for Punitive Damages in Counts VI and VII of the Complaint, which motion was filed October 11, 2011;

(2) Amended Complaint, filed by plaintiff on October 31, 2011;

(3) Motion of Defendant to Dismiss Counts III and VI of the Amended Complaint, which motion was filed November 18, 2011; and

(4) Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Counts III and VI of the Amended Complaint, which brief was filed December 9, 2011;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Motion of Defendant to Dismiss Counts III, V, and VII of the Complaint, and to Dismiss or Strike Plaintiff's Claim for Punitive Damages in Counts VI and VII of the Complaint is dismissed as moot.

<u>IT IS FURTHER ORDERED</u> that Motion of Defendant to Dismiss Counts III and VI of the Amended Complaint is denied.

<u>IT IS FURTHER ORDERED</u> that defendant shall have until October 29, 2012 to file an Answer to plaintiff's Amended Complaint.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge